Wednesday,
December 11.

STEVENSON and Another *v.* GOULD and Another.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—The Court of Common Pleas has jurisdiction of sums over one thousand dollars. *Kiger* v. *Franklin*, 15 Ind. 102.

The judgment is affirmed, with 3 per cent. damages and costs.

*R. C. Gregory*, for the appellants.

*H. W. Chase* and *J. A. Wilstach*, for the appellees.